UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATIS NAYMAN, Derivatively on Behalf
of Talkspace, Inc.,

                    Plaintiff,

          - against -

CHARLES BERG, DOUGLAS L.
BRAUNSTEIN, JEFFREY M CROWE,
OREN FRANK, RONI FRANK, MADHU
PAWAR, EREZ SHACHAR, CURTIS
WARFIELD, and JACQUELINE YEANEY,

                    Defendants,

          - and -

TALKSPACE, INC.,

                    Nominal Defendant.

**ORDER**

22 Civ. 6258 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

          On September 28, 2022, this action was consolidated with Odsvall v. Frank et al.,
22 Civ. 5016 (PGG).  The consolidated action became In re Talkspace Stockholder Derivative
Litigation, 22 Civ. 5016 (PGG).  On August 16, 2023, judgment was entered in In re Talkspace
Stockholder Derivative Litigation, 22 Civ. 5016 (PGG), and the case was closed.

          Accordingly, the Clerk of Court is directed to close this case.

Dated:  New York, New York
          August 21, 2023

                              SO ORDERED.

                              Paul G. Gardephe
                              United States District Judge